Frank Y. Coffin et al., Appellees, v. Lulu Kwasniewski et al., Appellants.

Gen. No. 41,473.

446

opinion filed March 31,
1941. John O. Wagner, for appellants; Ross & Berchem, Harold L.
Reeve and Charles F. Grimes, for appellees. Opinion by JUSTICE
MATCHETT. ''Not to be published in full.''